IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CR-50-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TYKE'EKE MONTE HINES, | ) | |
| | ) | |
| Defendant. | ) | |

On October 5, 2026, defendant filed a letter about sentence credit [D.E. 276]. The Bureau of Prisons is the agency tasked with calculating sentence credit initially.

SO ORDERED. This 7 day of October, 2026.

JAMES C. DEVER III
United States District Judge